# United States Court of Appeals
## For the First Circuit

No. 10-1320

UNITED STATES,

Appellee,

v.

ERIC MOLIGNARO,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on July 6, 2011, should be amended as follows.

On page 2, line 2, replace "six" with "24."